1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    JAMES E. SMITH,                          1:09-cv-00139-GSA-PC

9               Plaintiff,                     ORDER FINDING PLAINTIFF INELIGIBLE
                                               TO PROCEED IN FORMA PAUPERIS IN
10        vs.                                  THIS ACTION, AND REQUIRING PLAINTIFF
                                               TO PAY $350.00 FILING FEE IN FULL
11   EDMUND G. BROWN, JR., et al.,             WITHIN THIRTY DAYS OR THIS ACTION
                                               WILL BE DISMISSED
12              Defendants.
                                      /
13   _____

14        Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights

15   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 20, 2009. (Doc. 1.)  On

16   February 4, 2009, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

17   (Doc. 3.)  No other party has appeared in this action.

18        Section 1915 of Title 28 of the United States Code governs proceedings in forma pauperis.

19   Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this

20   section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any

21   facility, brought an action or appeal in a court of the United States that was dismissed on the grounds

22   that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the

23   prisoner is under imminent danger of serious physical injury."  Plaintiff has had three or more actions

24   dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1]

25   _____

26        [1] The court takes judicial notice of 1:07-cv-00509-LJO-SMS Smith v. John/Jane Does, et al. (E.D. Cal.)
     (dismissed for frivolousness, maliciousness, and failure to state a claim on 05/04/2007), 1:06-cv-00310-AWI-LJO
27   Smith v. Scribner, et al. (E.D. Cal.) (dismissed for failure to state a claim on 05/09/2007), 1:07-cv-00531-AWI-SMS
     Smith v. Social Security Administrative Office, Employees (E.D. Cal.) (dismissed for failure to state a claim on
28   05/09/2007), and 1:06-cv-01434-LJO-LJO Smith v. Board of Prison Term Personnel, et al. (E.D. Cal.) (dismissed
     for failure to state a claim on 08/16/2007).

                                      1

1  Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis

2  unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical

3  injury.

4        Plaintiff has alleged no facts in this action that support a finding that he was, at the time the

5  complaint was filed, under imminent danger of serious physical injury.  Therefore, plaintiff may not

6  proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to

7  proceed with this action.

8        Based on the foregoing, it is HEREBY ORDERED that:

9    1.    Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis

10         in this action;

11   2.    Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days**; and

12   3.    If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will

13         be dismissed, without prejudice.

14

15    IT IS SO ORDERED.

16  **Dated:   February 23, 2009**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28