IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:09-cv-00139 GSA (PC) |
| Plaintiff, | |
| vs. | ORDER DISREGARDING MOTION FOR INJUNCTIVE RELIEF AS MOOT |
| EDMUND G. BROWN, JR., et al., | (DOCUMENT #8) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 15, 2009, Plaintiff filed a motion for preliminary injunctive relief. Due to the fact that this action was closed and judgment was entered on March 30, 2009, IT IS HEREBY ORDERED THAT plaintiff's motion is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **April 23, 2009**      /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE